**Joseph Bakhos Esq,**
**State Bar Number: 327036**
330 E. Lambert Rd. Unit 278-F
Brea, CA 92821
Telephone: [888] 462-3323
Email Address: jbakhoslaw@yahoo.com
**Attorney for Defendants/Cross-Complainants**
CHANDA ZAVERI, an individual, CHANDA SOL RESEARCH LIMITED INC., a California corporation, B.B. SKINCARE CORP., a California corporation, HAZEM CHEHABI, an individual; ROBERT ALTERMATT, an individual.

JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

NAINA SACHDEV, an individual,

Plaintiff,

v.

CHANDA ZAVERI, an individual, HAZEM CHEHABI, an individual, ROBERT ALTERMATT, an individual, JOSEPH MEDAWAR, an individual, CHANDA SOL RESEARCH LIMITED INC., a California corporation, B.B. SKINCARE CORP., a California corporation,

Defendants,

CHANDA ZAVERI, an individual; B.B. SKINCARE CORP., a California corporation;

Cross-Complainant,

vs.

NAINA SACHDEV, AN INDIVIDUAL,

Cross-Defendants,

Case No.: 2:26-cv-00969-FMO-MAR

**ORDER ON JOINT STIPULATION FOR DISMISSAL [51]**

**ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties is hereby dismissed without prejudice.

Dated: October 28, 2026

/s/ Fernando M. Olguin
HONORABLE JUDGE OF U.S. DISTRICT COURT